IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| EDWIN RAMOS CRUZ,<br>    Petitioner, | Civil Action No. 7:07cv00185 |
| v. | **FINAL ORDER** |
| GENE M. JOHNSON, Director of<br>Virginia Department of Corrections,<br>    Respondent. | By: Hon. James C. Turk<br>Senior U.S. District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED** and **ORDERED**

that Respondent's Motion to Dismiss shall be and hereby is **GRANTED**; Cruz's Petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 shall be and hereby is **DISMISSED**; and this case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a copy of this Order and accompanying Memorandum Opinion to Petitioner and counsel of record for Respondent.

**ENTER:** This 16th day of August, 2007.

/s/ James C. Turk
Hon. James C. Turk
Senior U.S. District Judge